UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW SCOTT CONNING,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JACK HALPERN and CJK DICTIONARY INSTITUTE, INC.,<br><br>　　　　Defendants. | C.A. No. _____ |

## NOTICE OF REMOVAL

　　　　Defendants Jack Halpern and CJK Dictionary Institute, Inc. file this Notice of Removal pursuant to 28 U.S.C. § 1446(a), and show the following:

　　　　1.　　On or about October 2, 2018, Plaintiff Andrew Scott Conning filed a complaint styled *Andrew Scott Conning v. Jack Halpern and CJK Dictionary Institute, Inc.*, Cause No. 18-2831, in the Middlesex Superior Court in the Commonwealth of Massachusetts (the "State Court Lawsuit").

　　　　2.　　Defendants did not receive notice of the State Court Lawsuit until Friday, November 3, 2018, when they received a copy of the pleadings from Plaintiff's counsel via FedEx delivery to Defendants' Japan business address. See true copies of enclosure letters, attached hereto as Exhibit A. Plaintiff failed to properly serve Defendants, citizens or subjects of a foreign state.

　　　　3.　　The State Court Action asserts four counts in connection with a dispute between Plaintiff and Defendants concerning Plaintiff's use of Defendants' copyright work. The counts consist of defamation, tortious interference with contractual/advantageous business relationship,

unfair or deceptive trade practices, and a count seeking recognition, confirmation, and enforcement of an arbitration award in a dispute before the Japan Commercial Arbitration Association.

4. None of the alleged facts underlying Plaintiff's claims occurred in the Commonwealth of Massachusetts, and neither Defendant is amendable to suit in the Commonwealth of Massachusetts.

5. This Court has original subject matter jurisdiction over the State Court Lawsuit pursuant to 28 U.S.C. § 1332(a)(2) because (a) it is a civil action between a U.S. citizen and citizens or subjects of a foreign state, and (b) the amount in controversy exceeds $75,000. Specifically, Plaintiff is a U.S. citizen and both Mr. Halpern and CJK Dictionary Institute, Inc. are citizens or subjects of Japan. Neither Defendant is a permanent resident alien or domiciled in the U.S. Further, in the State Court Action, Plaintiff alleges damages in the amount of $246,221.91.

6. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within 30 days of Defendants' receipt of the State Court Lawsuit.

7. Written notice of this Notice of Removal will be served immediately on all parties and a copy will be filed with the Clerk of the Middlesex Superior Court in the Commonwealth of Massachusetts.

8. Further, attached as Exhibit B is a copy of the filings contained in the file with the Clerk of the Middlesex Superior Court in the Commonwealth of Massachusetts.

Respectfully submitted,

JACK HALPERN and CJK DICTIONARY INSTITUTE, INC.,

By its attorneys,

/s/ Sean T. Carnathan
Sean T. Carnathan, Esq. (BBO# 636889)
scarnathan@ocmlaw.net
Tara J. Myslinski (BBO #644936)
tmyslinski@ocmlaw.net
O'Connor, Carnathan and Mack LLC
1 Van de Graaff Dr.
Burlington, Massachusetts 01803
(781) 359-9000
(781) 359-9001 (facsimile)

Dated: November 7, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Tara J. Myslinski

4825-9408-9338, v. 1